IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH HUGH MAZUREK : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| KILOLO KIJAKAZI, Acting : | NO. 21-5103 |
| Commissioner of Social Security : | |

**O R D E R**

AND NOW, this 30th day of August 2023, upon consideration of Plaintiff's request for review (Doc.11), the response (Doc. 12), and Plaintiff's reply (Doc. 13), and after careful consideration of the administrative record (Doc.8), IT IS HEREBY ORDERED that:

1. Judgment is entered affirming the decision of the Commissioner of Social Security and the relief sought by Plaintiff is DENIED; and

2. The clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.